# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Francis Hernandez

)
)    **Bankruptcy No.** 11 B 43840
)
**Debtor(s)**    )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on **February 28, 2013 at 10:30 a.m.** In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Francis Hernandez
Bankruptcy No. 11 B 43840

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*

**David S Yen**
Legal Assistance Foundation
120 S. LaSalle Street, Suite 900
Chicago, IL 60603-3425

*Trustee*

**David R Herzog**
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*

**Francis Hernandez**
8224 N Knox Ave
Skokie, IL 60076