**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| FRANCIS HERNANDEZ | ) | Case No. 11-43840 |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

**COVER SHEET FOR APPLICATION
FOR PROFESSIONAL COMPENSATION**

Name of Applicant:   HERZOG & SCHWARTZ, P.C.

Authorized to Provide Professional Services to: Trustee

Date of Order Authorizing Employment: October 28, 2011.

Period For Which Compensation is Sought:  From October 28, 2011
through present

Amount of Fees Sought: $ 6,380.00

Amount of Expense Reimbursement Sought:  $ 0.00

This is a(n):  Interim Application _   Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period | Total Period Requested and Expenses | Fees Allowed | Any Amount Total Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
|  |  |  |  |  |

1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| FRANCIS HERNANDEZ | ) | Case No. 11-43840 |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

**FINAL APPLICATION FOR
COMPENSATION OF COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses. The following is an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

1. On October 28, 2011, FRANCIS HERNANDEZ (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.Thereafter, DAVID R. HERZOG was appointed Trustee and accepted his appointment.

2. One of the assets of the Debtor was a cause-of-action in a "whistleblower" case. Special counsel was employed and the matter was finally settled.

3. This fee application covers services rendered by the law firm for the period of January 1, 2013 through the present. The billable rates for members of the law firm were charged on an hourly. The law firm spent 15.95 hours preparing motions to reopen the case and employ professionals, court appearances on said motions, review of the Settlement and preparation of motions to approve same, as well as court appearances on status hearings. A detailed description of each time entry is attached to this application as Exhibit A.

4. The firms seeks compensation in the amount for $6,380.00.

-1-

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1) Granting the law firm reasonable compensation of $6,380.00, and necessary expenses of $0.00 for legal services rendered in this case.

2) For such further relief that this Honorable Court deems just and reasonable.

HERZOG & SCHWARTZ, P.C.

By: /s/ David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
(312) 977-1600

## **CATEGORY A**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/07/13 | Herzog, David<br>Prepare Motion to Employ special counsel and affidavit of Timothy Huzinga | 1.50 | $ 600.00 |
| 01/08/13 | Herzog, David<br>Email from Huzinga | 0.10 | $ 40.00 |
| 02/02/13 | Herzog, David<br>Email to Huzinga re status. | 0.10 | $ 40.00 |
| 02/04/13 | Herzog, David<br>Email to Huzinga re basis for compensation. | 0.15 | $ 60.00 |
| 02/05/13 | Herzog, David<br>Email from Huzinga re fee basis | 0.10 | $ 40.00 |
| 02/06/13 | Herzog, David<br>Email re fee arrangement together with fee agreement. | 0.10 | $ 40.00 |
| 02/06/13 | Herzog, David<br>Email to Huzinga re hourly rate. | 0.10 | $ 40.00 |
| 02/28/13 | Herzog, David<br>Finalize and file application to employ special counsel. | 1.00 | $ 400.00 |
| 03/04/13 | Herzog, David<br>Email from Huzinga re employment motion update. | 0.10 | $ 40.00 |
| 03/12/13 | Herzog, David<br>Attend court call re employment of special counsel. | 1.00 | $ 400.00 |
| 03/12/13 | Herzog, David<br>Email order granting of employment motion. | 0.10 | $ 40.00 |

**CATEGORY B**

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 02/07/13 | Herzog, David<br>Email re to Huzinga and settlement discussions. | 0.15 | $ 60.00 |
| 02/07/13 | Herzog, David<br>Email to Huzinga re discussion of settlement with debtor. | 0.10 | $ 40.00 |
| 02/07/13 | Herzog, David<br>Email to Huzinga re settlement discussions. | 0.10 | $ 40.00 |
| 02/07/13 | Herzog, David<br>Email to Huzinga re discussion of settlement with debtor. | 0.10 | $ 40.00 |
| 03/04/13 | Herzog, David<br>Email from Huzinga re status of case before Human Rights Commission. | 0.15 | $ 60.00 |
| 03/13/13 | Herzog, David<br>Detailed email re status of case and settlement strategy and proposal. | 0.25 | $ 100.00 |
| 03/13/13 | Herzog, David<br>Conference with counsel and email confirming updated settlement offer. | 0.25 | $ 100.00 |
| 03/14/13 | Herzog, David<br>Transmittal of settlement by counsel. | 0.10 | $ 40.00 |
| 03/14/13 | Herzog, David<br>Email to attorney Huzinga that Trustee accepts settlement offer of Defendant subject to court approval. | 0.15 | $ 60.00 |
| 04/11/13 | Herzog, David<br>Email with draft settlement agreement. | 0.10 | $ 40.00 |
| 04/11/13 | Herzog, David<br>Review draft settlement agreement. | 0.50 | $ 200.00 |
| 04/17/13 | Herzog, David<br>Email to Huzinga re corrections or settlement agreement. | 0.50 | $ 200.00 |
| 04/29/13 | Herzog, David<br>Email re revised settlement agreement. | 0.10 | $ 40.00 |
| 05/03/13 | Herzog, David<br>Email from Huzinga re corrections on revised agreement. | 0.10 | $ 40.00 |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 05/03/13 | Herzog, David<br>Email to Huzinga re corrections in revision of agreement. | 0.25 | $ 100.00 |
| 05/03/13 | Herzog, David<br>Email for Huzinga with corrected agreement. | 0.10 | $  40.00 |
| 05/09/13 | Herzog, David<br>Email from Huzinga with agreement for signature. | 0.10 | $  40.00 |
| 05/13/13 | Herzog, David<br>Email to Huzinga with signed agreement. | 0.10 | $  40.00 |
| 06/03/13 | Herzog, David<br>Email from Huzinga re completed settlement agreement. | 0.25 | $ 100.00 |
| 06/18/13 | Herzog, David<br>Email from Huzinga re status. | 0.10 | $  40.00 |
| 07/12/13 | Herzog, David<br>Email to Huzinga re status of case before the HRC. | 0.15 | $  60.00 |
| 07/22/13 | Herzog, David<br>Prepare Motion to Approve Settlement Agreement Pursuant to Rule 9019 | 1.50 | $ 600.00 |
| 07/23/13 | Herzog, David<br>Review and file settlement motion. | 0.50 | $ 200.00 |
| 08/06/13 | Herzog, David<br>Attend court call re approval of settlement. | 1.00 | $ 400.00 |

## **CATEGORY C**

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 02/28/13 | Herzog, David<br>Attend court call re status of case. | 1.00 | $ 400.00 |
| 06/27/13 | Herzog, David<br>Attend status call for case. | 0.25 | $ 100.00 |
| 08/07/13 | Herzog, David<br>Email from Huzinga re W-9 form to be executed. | 0.10 | $ 40.00 |
| 09/26/13 | Herzog, David<br>Attend status. | 0.75 | $ 300.00 |
| 10/15/13 | Herzog, David<br>Letter re settlement proceeds. | 0.10 | $ 40.00 |
| 11/04/13 | Herzog, David<br>Email to Huzinga re status. | 0.10 | $ 40.00 |
| 11/07/13 | Herzog, David<br>Email to Huzinga re status. | 0.10 | $ 40.00 |
| 01/23/14 | Herzog, David<br>Attend court status hearing. | 0.50 | $ 200.00 |
| 03/27/14 | Herzog, David<br>Attend court status hearing. | 0.50 | $ 200.00 |
| 05/29/14 | Herzog, David<br>Attend court status hearing. | 0.50 | $ 200.00 |
| 09/02/14 | Herzog, David<br>Review claims. | 0.50 | $ 200.00 |
| 09/03/14 | Herzog, David<br>Review claims. | 0.50 | $ 200.00 |