**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **FRANCIS HERNANDEZ** | ) | **Case No. 11-43840** |
| | ) | |
| **Debtors.** | ) | **Honorable Jack B. Schmetterer** |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 682
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on January 27, 2015  at 10:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____          By: _/s/    David R. Herzog_____
                                                   Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-43840-JBS
Francis Hernandez  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: pseamann  Page 1 of 2  Date Rcvd: Dec 23, 2014
                Form ID: pdf006      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2014.
```
db              #+Francis Hernandez,    8224 N Knox Ave,    Skokie, IL 60076-2679
17984901         +Bankers Life & Casulty Co,    PO Box 2028,    Carmel IN 46082-2028
18081436         +Bankers Life and Casualty Co.,    PO Box 2028,    Carmel, IN 46082-2028
18081437         +Blitt & Gaines P.C.,    661 Glenn Ave,    Wheeling, IL 60090-6017
17984890          Capital One,    PO Box 30281,    Salt Lake City UT  84130-0281
17984891         +Capital One Bank USA,    PO Box 30281,    Salt Lake City UT 84130-0281
18081439         +Coastal Financial,    PO Box 7371,    Algonquin, IL 60102-7371
17984892         +Cook Law Magistrate Chicago,    50 W Washington St Rm 1001,    Chicago IL 60602-1316
17984893         +Costal Financial Inc,    PO box 7371,    Algonquin IL 60102-7371
18081440         +George Oros,    9228 N. Kolmar,    Skokie, IL 60076-1622
18081442         +HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
17984895         +HSBC Bank,    PO Box 5253,    Carol Stream IL 60197-5253
17984894          House Hold Credit Services,    PO Box 98706,    Las Vegas NV  89193-8706
18081441          Household Credit Services, Inc.,    P.O. Box 98706,    Las Vegas, NV 89193-8706
18081443        ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:  Illinois Department of Revenue,    Acct No xxx-xx-3813,
                   101 West Jefferson Street,    General Counsel's Office,    Springfield, IL 62702)
17984847          Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
17984900         +Main & Crawford Auto Repair,    8359 N Crawford Ave,    Skokie IL 60076-2707
18081444         +Main & Crawford Auto Repair,    8359 N. Crawford,    Skokie, IL 60076-2707
17984896         +Merchant Credit Guide,    223 W Jackson Blvd Ste 410,    Chicago IL 60606-6914
18081445         +Merchants Credit Guide,    223 W. Jackson, Suite 410,    Chicago, IL 60606-6914
18081446         +Merchants Credit Guide,    223 W. Jackson, Suite 900,    Chicago, IL 60606-6912
18081447         +Orchard Bankcard Services,    PO Box 19360,    Portland, OR 97280-0360
18081448         +SST,    Columbus Bank & Trust,    POB 84024,    Columbus, GA 31908-4024
17984897          SST CIGPF1Corp,    4315 Pickett Rd,    Siant Joseph, MO 64503-1600
17984899         +SST Columbus Bank & Trust,    PO Box 84024,    Columbia GA 31908-4024
18081449          SST/CIGPF,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20533447         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 00:47:15
                   LVNV Funding, LLC assignee,    CVF Consumer Acquisition Comp,    Resurgent Capital Services,
                   PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 1
```

      \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
aty              Timothy Huizenga
17984898         Saint Joseph MO  64503-1600
18081438*        Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                    TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: pseamann              Page 2 of 2                  Date Rcvd: Dec 23, 2014
                              Form ID: pdf006             Total Noticed: 27


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2014 at the address(es) listed below:
              David R Herzog     on behalf of Trustee David R Herzog drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              David R Herzog     drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              David S Yen     on behalf of Debtor Francis  Hernandez dyen@lafchicago.org,  lafbknotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```